AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Allison J. Balloon<br><br>*Plaintiff(s)*<br>v.<br>Board of Regents of University of WI System, John Robert Behling, as President of Board of Regents of UW System, Joshua Coon, Matthew Sanders, Daniel Amador-Noguez, Robert McMahon, ABC Insurance<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18 CV 21 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ROBERT MCMAHON
6209a Chemistry Building
1101 University Avenue
Madison, Wisconsin 53706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawton & Cates, S.C.
Attorney Daniel P. Bach
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| Allison J. Balloon | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18 CV 21 |
| Board of Regents of University of WI System, John Robert Behling, as President of Board of Regents of UW System, Joshua Coon, Matthew Sanders, Daniel Amador-Noguez, Robert McMahon, ABC Insurance | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANIEL AMADOR-NOGUEZ
6472 Microbial Sciences Building
Madison, Wisconsin 53706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawton & Cates, S.C.
Attorney Daniel P. Bach
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Allison J. Balloon <br><br> *Plaintiff(s)* <br> v. <br><br> Board of Regents of University of WI System, John Robert Behling, as President of Board of Regents of UW System, Joshua Coon, Matthew Sanders, Daniel Amador-Noguez, Robert McMahon, ABC Insurance <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18 CV 21 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MATTHEW SANDERS
6209a Chemistry Building
1101 University Avenue
Madison, Wisconsin 53706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawton & Cates, S.C.
Attorney Daniel P. Bach
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Allison J. Balloon <br><br> *Plaintiff(s)* <br><br> v. <br><br> Board of Regents of University of WI System, John Robert Behling, as President of Board of Regents of UW System, Joshua Coon, Matthew Sanders, Daniel Amador-Noguez, Robert McMahon, ABC Insurance <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18 CV 21 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOSHUA COON
4426 Genetics-Biotech Center Building
425 Henry Mall
Madison, Wisconsin 53706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lawton & Cates, S.C.
Attorney Daniel P. Bach
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Allison J. Balloon <br><br> *Plaintiff(s)* <br> v. <br> Board of Regents of University of WI System, John Robert Behling, as President of Board of Regents of UW System, Joshua Coon, Matthew Sanders, Daniel Amador-Noguez, Robert McMahon, ABC Insurance <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18 CV 21 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOHN ROBERT BEHLING, In His Official Capacity as President of The Board of Regents of The University of Wisconsin System,
Weld Riley, S.C.
3624 Oakwood Hills Parkway
Eau Claire, Wisconsin 54701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lawton & Cates, S.C.
Attorney Daniel P. Bach
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| Allison J. Balloon | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18 CV 21 |
| Board of Regents of University of WI System, John Robert Behling, as President of Board of Regents of UW System, Joshua Coon, Matthew Sanders, Daniel Amador-Noguez, Robert McMahon, ABC Insurance | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM
1860 Van Hise Hall
1220 Linden Dr.
Madison, Wisconsin 53706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lawton & Cates, S.C.
Attorney Daniel P. Bach
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI  53549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*