IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLISON J. BALLOON,

    Plaintiff,

v.                                        Case No. 18-CV-0021

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
et al.,

    Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendants, The Board of Regents of the University of Wisconsin, Joshua Coon, Matthew Sanders, Robert McMahon, and Daniel Amador-Noguez, appear in this action by their attorneys, Attorney General Brad D. Schimel and Assistant Attorney General Anne M. Bensky and request that service of all pleadings and other papers be made upon Assistant Attorney General Anne M. Bensky as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.

Dated this 8th day of February, 2018.

                                      Respectfully submitted,

                                      BRAD D. SCHIMEL
                                      Wisconsin Attorney General

                                      <u>s/ Anne M. Bensky</u>
                                      ANNE M. BENSKY
                                      Assistant Attorney General
                                      State Bar #1069210

                                      Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451
(608) 267-8906 (Fax)
benskyam@doj.state.wi.us