# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ALLISON J. BALLOON,

      Plaintiff,

      v.                             Case No. 18-CV-0021

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,
et al.,

      Defendants.

## NOTICE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that, Rachel L. Bachhuber, Assistant Attorney General, appears as additional counsel for the defendants in the above matter. Please note that Assistant Attorney General Anne M. Bensky will continue to represent the Defendants in this action. Defendants request service of all discovery and correspondence be made upon Assistant Attorneys General Rachel L. Bachhuber and Anne M. Bensky as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.  All other papers should be served through the court's CM/ECF system.

Dated this 27th day of July, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

ANNE M. BENSKY
Assistant Attorney General
State Bar #1069210

s/ Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 264-9451 (Bensky)
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
benskyam@doj.state.wi.us