IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLISON J. BALLOON,

    Plaintiff,

v.                                           Case No. 18-CV-0021

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,
et al.,

    Defendants.

## UNOPPOSED MOTION FOR 10-DAY EXTENSION OF SUMMARY JUDGMENT DEADLINES

The Defendants move the court for a 10-day extension of the summary judgment deadlines. Grounds for this motion are that the parties have engaged in settlement discussions and need additional time to attempt to resolve the case. The current summary judgment deadline is today, November 9, 2018. We request that the summary judgment deadline be extended so that motions and supporting papers are due on or before November 19, 2018.

Counsel for the defendants and plaintiff discussed this matter over the phone yesterday and agreed that extending the filing deadline 10 days would assist in in efforts to efficiently resolve the case.

Dated this 9th day of November, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

/s/Anne Bensky
ANNE M. BENSKY
Assistant Attorney General
State Bar #1069210

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451
(608) 267-8906 (Fax)
benskyam@doj.state.wi.us