IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLISON J. BALLOON,

    Plaintiff,

v.                            Case No. 18-CV-0021

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,
et al.,

    Defendants.

## MOTION TO STAY BRIEFING PENDING MEDIATION

The Defendants previously received a 10-day extension to file for summary judgment because the parties had engaged in settlement discussions and needed additional time to attempt to resolve the case. The current summary judgment deadline is today, November 19, 2018. The defendants request the court stay briefing pending mediation.

GROUNDS for this motion are that over the past week, the parties have come closer to reaching an agreement. Today, November 19, 2018, counsel agreed to engage the magistrate judge's services, and contacted his office to schedule a mediation. The parties hope to have the mediation scheduled on or before December 5, 2018. The parties believe that, in this case, staying the

filing deadline will facilitate settlement. Should mediation fail, the defendants will promptly file their motion for summary judgment.

WHEREFORE, the defendant asks this court to stay the current briefing schedule pending mediation through the magistrate judge's office.

Dated this 19th day of November, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

/s/Anne Bensky
ANNE M. BENSKY
Assistant Attorney General
State Bar #1069210

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451
(608) 267-8906 (Fax)
benskyam@doj.state.wi.us