IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLISON J. BALLOON,

          Plaintiff,

v.                                                                              Case No. 18-CV-0021

THE BOARD OF REGENTS OF
THE UNIVERSITY OF
WISCONSIN SYSTEM, et al.,

          Defendants.

---

## RESPONSE TO MOTION TO STAY BRIEFING

---

The plaintiff concurs with the defendants' request to stay the current briefing schedule pending mediation through the Magistrate Judge's office.

Dated this 20th day of November, 2018.

          s/Daniel P. Bach
          Attorney Daniel P. Bach
          WI State Bar #1005751
          dbach@lawtoncates.com

          Lawton & Cates, S.C.
          146 E. Milwaukee Street, Suite 120
          P.O. Box 399
          Jefferson, WI  53549
          (920) 674-4567

          *Counsel for Plaintiff*