IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLISON J. BALLOON,

                Plaintiff,

v.                                        Case No. 18-CV-0021

THE BOARD OF REGENTS OF
THE UNIVERSITY OF
WISCONSIN SYSTEM, et al.,

                Defendants.

---

## STIPULATION TO DISMISS

---

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants, that the above-captioned action shall be dismissed on the merits, with prejudice and without costs to any party.

Dated this 10th day of January, 2019.

| | |
|---|---|
| s/Daniel P. Bach | JOSH KAUL |
| Attorney Daniel P. Bach | Wisconsin Attorney General |
| State Bar #1005751 | |
| dbach@lawtoncates.com | /s/Anne Bensky |
| | ANNE M. BENSKY |
| Lawton & Cates, S.C. | Assistant Attorney General |
| 146 E. Milwaukee Street, Suite 120 | State Bar #1069210 |
| P.O. Box 399 | benskyam@doj.state.wi.us |
| Jefferson, Wisconsin 53549 | |
| (920) 674-4567 | Wisconsin Department of Justice |
| *Attorneys for Plaintiff* | Post Office Box 7857 |
| | Madison, Wisconsin 53707-7857 |
| | (608) 264-9451 |
| | |
| | *Attorneys for Defendants* |